IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JACOB McCABE TODD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CIV-12-272-C |
| | ) | |
| MARY RAMEY and | ) | |
| MARILEE THORNTON, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Robert E. Bacharach on March 27, 2012. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge, and, for the reasons announced therein, Plaintiff's 42 U.S.C. § 1983 Complaint will be dismissed, without prejudice, for failure to state a claim upon which relief can be granted, unless Plaintiff elects to amend the Complaint within 21 days to cure the defect.

IT IS SO ORDERED this 4th day of May, 2012.

ROBIN J. CAUTHRON
United States District Judge